JS-6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| AMERICAN HONDA MOTOR CO., INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LKQ CORP. and KEYSTONE AUTOMOTIVE INDUSTRIES, INC.,<br><br>Defendants. | Case No. 2:21-cv-08210-AB (SK)<br><br>**ORDER DISMISSING CIVIL ACTION** |
| LKQ CORP. and KEYSTONE AUTOMOTIVE INDUSTRIES, INC.,<br><br>Counterclaimants,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC., a California Corporation, and HONDA MOTOR CO., LTD.,<br><br>Counter-Defendants. | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1.

1    The Court has been advised that this action has been settled.

2    The Court therefore **ORDERS** that this action is hereby **DISMISSED** without

3    costs and without prejudice to the right, upon good cause shown within **45 days,** to re-

4    open the action if settlement is not consummated. This Court retains full jurisdiction

5    over this action and this Order shall not prejudice any party to this action.

7    Dated:  October 6, 2022

8    ANDRÉ BIROTTE JR.

9    UNITED STATES DISTRICT JUDGE